UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO SOSA,

        Plaintiff,

v.

B CURRY et al,

        Defendant.

Case Number: CV07-05830 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antonio Sosa D-78515  
CTF II ©, C-317L  
P.O. Box 689  
Soledad, CA 93960-0689

Dated: January 3, 2008

        Richard W. Wieking, Clerk  
        By: D. Toland, Deputy Clerk